UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMERON CROW, | CASE NO. C26-2385-KKE |
| Plaintiff(s), | ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT |
| v. | |
| FACTOR75, LLC, | |
| Defendant(s). | |

Finding good cause, the Court GRANTS Defendant's unopposed motion to extend the deadline to respond to Plaintiff's complaint. Dkt. No. 10. Defendant must respond to the complaint no later than August 7, 2026.

Dated this 10th day of July, 2026.

_Kymberly K. Evanson_

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT - 1