UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMERON CROW,<br><br>Plaintiff(s),<br>v.<br><br>FACTOR75, LLC,<br><br>Defendant(s). | CASE NO. C26-2385-KKE<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT |

Finding good cause, the Court GRANTS Defendant's unopposed motion[1] to extend the deadline to respond to Plaintiff's complaint. Dkt. No. 12. Defendant must respond to the complaint no later than August 28, 2026.

Dated this 4th day of August, 2026.

Kymberly K. Evanson
United States District Judge

[1] The motion is unopposed and seeks to extend a deadline that occurs before the motion's noting date as listed in the caption. Dkt. No. 12 (seeking to extend an August 7 deadline, but noting the motion for August 14). The Court relies on the text of Defendant's motion to construe it as a same-day motion under Local Rules W.D. Wash. LCR 7 and assumes that the noting date listed in the caption is a typo.