UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMERON CROW,<br><br>Plaintiff(s),<br>v.<br><br>FACTOR75, LLC,<br><br>Defendant(s). | CASE NO. C26-2385-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

Finding good cause, the Court GRANTS the parties' stipulated motion to extend the briefing schedule on Defendant's motion to dismiss. Dkt. No. 19. Plaintiff's opposition is due October 9, 2026, and Defendant's reply is due October 30, 2026. The clerk shall RE-NOTE Defendant's motion to dismiss (Dkt. No. 17) for October 30, 2026.

Dated this 15th day of September, 2026.

Kymberly K. Evanson
United States District Judge