THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CAMERON CROW, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

FACTOR75, LLC,

*Defendant*.

Case No.: 2:26-cv-02385-KKE

**STIPULATED MOTION AND ORDER TO STAY BRIEFING ON DEFENDANT'S MOTION TO DISMISS (DKT. 17) PENDING RESOLUTION OF DEFENDANT'S MOTION TO STAY (DKT. 14)**

**STIPULATED MOTION**

Pursuant to Western District of Washington Local Rules 7 and 10, Plaintiff Cameron Crow ("Plaintiff") and Defendant Factor75, LLC ("Defendant," and together with Plaintiff, the "Parties"), by and through their counsel, hereby submit this stipulated motion to stay deadlines for the Parties' briefing related to Defendant's Motion to Dismiss pending resolution of Defendant's Motion to Stay. In support of this motion, the Parties state as follows:

1. On June 3, 2026, Plaintiff filed a class action Complaint against Defendant in the Superior Court of the State of Washington, King County.

2. On July 8, 2026, Defendant timely filed a Notice of Removal (Dkt. 1).

3. Defendant previously filed two unopposed motions to extend Defendant's deadline to respond to Plaintiff's Complaint (Dkt. 10, 12).

4. On August 13, 2026, Defendant filed a Motion to Temporarily Stay Proceedings (Dkt. 14).

5. On August 28, 2026, Defendant timely filed a Motion to Dismiss (Dkt. 17).

6. On September 15, 2026, the Parties filed a Stipulated Motion to extend the Motion to Dismiss briefing schedule (Dkt. 19).

7. The Parties agree that a stay of the briefing deadlines for Defendant's Motion to Dismiss is appropriate in light of Defendant's pending Motion to Stay and respectfully submit that good cause exists to stay the Motion to Dismiss briefing deadlines. If Defendant's Motion to Stay is granted, this case will be stayed pending the resolution of *Montes II*, which concerns threshold jurisdictional issues. This case may also be remanded if this Court finds that it lacks jurisdiction. In either case, the Parties agree that staying the briefing schedule would conserve the Parties' and the Court's resources.

8. Accordingly, the Parties stipulate to and request that the briefing schedule for Defendant's Motion to Dismiss be stayed until Defendant's Motion to Stay is resolved.

Dated: October 5, 2026

Respectfully submitted,

By: /s/ Jonas Jacobson
Jonas B. Jacobson (WA Bar No. 62890)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

Cody Hoesly (WA Bar No. 41190)
choesly@bargsinger.com
BARG SINGER HOESLY PC
1000 SW Broadway, Ste. 900
Portland, OR 97205
Tel: 503.241.3311

*Counsel for Plaintiff*

Dated: October 5, 2026

By: /s/ Elizabeth A. Och
Elizabeth A. Och [WSBA # 54341]
HOGAN LOVELLS CADWALADER US LLP
1601 Wewatta St., Suite 900
Denver, CO 80202
Telephone: (303) 454-2469
Facsimile: (303) 889-7333
elizabeth.och@hlc.com

*Counsel for Defendant*

**Certification of Compliance**

I, Jonas Jacobson, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Jonas Jacobson
Jonas Jacobson

**ORDER**

The Court GRANTS the parties' stipulated motion. Dkt. No. 21. The clerk is directed to TERMINATE the Defendant's motion to dismiss (Dkt. No. 17), subject to reactivation after the Court resolves the pending motion to stay.

Dated this 6th day of October, 2026.

Kymberly K. Evanson
United States District Judge